UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SA CV 25-0578-AH** | Date | July 15, 2025 | **JS-6** |
|---|---|---|---|---|

| Title | In Re The Litigation Practice Group P.C. |
|---|---|

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**          **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Order denying the motion to withdraw reference [21], the Court hereby closes this case. Case is hereby referred back to the Bankruptcy Court Central District of CA, 8:23-BK-10571-SC, AP Docket, 8:24-ap-01090-SC.

Please ENTER JS-6.

IT IS SO ORDERED.


cc: all parties, Bankruptcy Court

                                                                                00  :